(2) Amphastar's request for an "immediate stay" pending action on the stay motion is denied.

(3) Amphastar's brief is due no later than November 29, 2011. Momenta's brief is due within 14 days from the date of service of Amphastar's initial brief. Amphastar's reply brief and the joint appendix are due within seven days from the date of service of Momenta's response brief. The case will be placed on the next available oral argument calendar after the briefing is completed.

**In re Carl Wayne STEWART, Petitioner.**

**Misc. No. 997.**

United States Court of Appeals, Federal Circuit.

Jan. 12, 2012.

Before LOURIE, MOORE, and REYNA, Circuit Judges.

## ORDER

PER CURIAM.

Carl Wayne Stewart moves for reconsideration of the court's September 2, 2011 order dismissing his petition for writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

**SYSTEM FUELS, INC. and Entergy Arkansas, Inc., Plaintiffs–Cross Appellants,**

**v.**

**UNITED STATES, Defendant–Appellant.**

**Nos. 2008–5025, 2008–5035.**

United States Court of Appeals, Federal Circuit.

Jan. 19, 2012.

